# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152969(31)

PERRY ELZELLO COLEMAN,
      Plaintiff-Appellant,

v

                            SC: 152969
                            COA: 327458

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.
_____

On order of the Chief Justice, the motion to waive fees is considered and it is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees.

Within 21 days of the certification of this order, plaintiff shall pay to the Clerk of the Court the filing fee of $375.00 in its entirety because the prisoner account statement shows a balance equal to or in excess of this amount. Additionally, plaintiff shall submit a copy of this order with the payment, **and shall refile the copy of the pleadings which is being returned with this order.** Failure to comply with this order shall result in the appeal not being filed in this Court.

The Clerk of the Court shall furnish two copies of this order to plaintiff and return plaintiff's pleadings with this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2016



jam                                      Clerk